# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD C. SKIPPER, *as Personal Representative of the Estate of George W. Skipper, III, and as Personal Representative of the Estate of Helen O'Melia Skipper*, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 1:22-cv-272-TFM-B |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order (Doc. 21) that was entered on July 19, 2023, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** judgment is entered in favor of Defendant United States of America and against Plaintiff Richard C. Skipper, whose sole claim is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this 19th day of July 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE